UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID M. ROEDER, ) <br> CHARLES W. SCOTT, ) <br> DON A. SHARER, ) <br> BARBARA B. ROSEN and ) <br> ARIANA B. ROSEN ) <br> ) <br> individually and on behalf ) <br> of a class of similarly ) <br> situated individuals ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE ISLAMIC REPUBLIC OF IRAN, ) <br> ) <br> And ) <br> ) <br> THE MINISTRY OF FOREIGN AFFAIRS ) <br> ) <br> Defendants. ) <br> _____) | Case No. 1:00CV03110(EGS) <br> Judge:   Emmet G. Sullivan <br><br> Deck Type: Civil General <br> Date Stamp: <br><br><br> **FILED** <br><br> JUN 1 2 2001 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

## PROPOSED ORDER

**UNOPPOSED**

Upon consideration of the Plaintiffs' Motion for Class Certification and for Publication of Class Notice in the above-captioned case and any opposition thereto, it is hereby this day _11TH_ of _June_, 2001, ORDERED that plaintiffs' motion for Class Certification is GRANTED, and it is,

FURTHER ORDERED that Plaintiffs' Motion for Approval of Class Notice is granted.

_____
UNITED STATES DISTRICT JUDGE



Copies to:

Terrance G. Reed
120 North St. Asaph
Alexandria, VA 22314

V. Thomas Lankford
William Coffield
Lankford & Coffield, PLLC
120 North Saint Asaph Street
Alexandria, VA 22314

The Islamic Republic of Iran
Ministries of Foreign Affairs
Khomeini Avenue
United Nations Street
Tehran, Iran

Ministries of Foreign Affairs
Khomeini Avenue
United Nations Street
Tehran, Iran